IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
AUG 28 2015
CLERK_____
SO. DIST. OF GA

| | |
|---|---|
| CEDRIC REYNOLDS,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO. CV414-136<br>            CR411-239 |

## O R D E R

Before the Court is Petitioner's Motion for Certificate of Appealability (Doc. 10) and Motion for Leave to Appeal In Forma Pauperis (Doc. 13). Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). After careful consideration, the Court finds that Petitioner cannot meet the above standard. Accordingly, the motion (Doc. 10) is **DENIED**. Petitioner's Motion for Leave to Appeal In Forma Pauperis (Doc. 13) is **DISMISSED AS MOOT**.

SO ORDERED this 28th day of August 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA